COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Timothy Ryan Richert **V.** The State of Texas

Appellate case number:   01-10-00901-CR

Trial court case number: 1262576

Trial court:             185th District Court of Harris County

Date motion filed:       March 18, 2013

Party filing motion:     Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Terry Jennings
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle

Date: April 9, 2013